# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STATE OF CALIFORNIA, et al.,

        *Petitioners*,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.;

        *Respondents*.

Case No. 25-8019 (and consolidated cases)

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

        *Petitioners*,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.;

        *Respondents*.

ZERO EMISSION TRANSPORTATION ASSOCIATION,

        *Petitioners*,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.;

        *Respondents*.

## MOTION FOR LEAVE TO FILE DEFERRED APPENDIX

The Zero Emission Transportation Association (ZETA) hereby moves under Federal Rule of Appellate Procedure 30(c) to file a deferred appendix. In support of that motion, ZETA states as follows:

1. On October 8, 2025, Petitioners jointly filed an unopposed motion for abeyance, asking the Court to hold in abeyance their challenges to the Rule's re-interpretation of NHTSA's statutory authority, but seeking to have ZETA's challenge to the Suspension Decision proceed. *See* No. 25-8019, ECF 118350641 at 7–9. The government then moved to hold the cases in abeyance in their entirety. *See* No. 25-8019, ECF 118354704 at 1. ZETA consents to abeyance of its challenge to NHTSA's re-interpretation of its statutory authority, but opposes the government's request to also place its challenge to the Suspension Decision in abeyance. *See* No. 25-8019, ECF 118358667 at 2. The Court has not yet ruled on those abeyance motions.

2. ZETA filed an opening brief addressing its challenge to the Suspension Decision on November 12, 2025.

3. Federal Rule of Appellate Procedure 30(c) provides that "the court may provide by . . . order in a particular case that preparation of the appendix may be deferred until after the briefs have been filed and

1

that the appendix may be filed 21 days after the appellee's brief is served."

4. Good cause exists here for filing a deferred appendix as filing a deferred appendix will promote judicial economy and reduce costs. It is unclear at this time which portions of the administrative record will be cited and necessary for the Court's review.

5. Undersigned counsel conferred with counsel for Respondent. Respondent does not oppose the use of a deferred appendix.

Dated:  November 12, 2025

Respectfully submitted,

*/s/ Meghan E. Greenfield*
MEGHAN E. GREENFIELD
ELIZABETH H. STARR
Jenner & Block LLP
1099 New York Ave., NW Suite 900
Washington, DC 20001
Tel.: (202) 637-6000
mgreenfield@jenner.com

*Counsel for Zero Emission Transportation Association*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify that:

1. This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding parts of the document exempted by Fed. R. App. P. 32(f), the notice contains 282 words and thus does not exceed the 5,200 word limit.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(b) because the brief has been prepared in proportionally spaced typeface using Microsoft Word word-processing system in Century Schoolbook that is at least 14 points.

Dated: November 12, 2025              */s/ Meghan E. Greenfield*
                                              Meghan E. Greenfield

## CERTIFICATE OF SERVICE

I hereby certify that on this November 12, 2025, I electronically filed the foregoing Notice with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: November 12, 2025 　　　　　　　　　　　　*/s/ Meghan E. Greenfield*
　　　　　　　　　　　　　　　　　　　　　　　　Meghan E. Greenfield